GEORGE A. ANDREWS, Respondent, *v.* CAYUGA OMNIBUS CORPORATION, Appellant.

(Argued December 15, 1932; decided January 10, 1933.)

523

*N. F. Towner* for appellant.
*Perry E. Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.